JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON BRYANT,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>D NOPARAST, AS TRUSTEE OF THE VISTA TRUST; and DOES 1 to 10,<br>　　　　Defendants. | Case No.: 2:21-cv-05266 SVW (PDx)<br>**Entry of Judgment**<br>Date: December 28, 2021<br>Honorable Judge Stephen V. Wilson |

　　　Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff COLTON BRYANT shall have JUDGMENT in Plaintiff's favor in the amount of $1,429.50 as costs-and-fees award, and $4,000.00 statutory damages penalty, for a total of $5,429.50, against Defendant D NOPARAST, AS TRUSTEE OF THE VISTA TRUST.

\\\
\\\
\\\
\\\
\\\

Additionally, Defendant D NOPARAST, AS TRUSTEE OF THE VISTA TRUST, is ordered to provide an accessible parking space at the property located at or about 1441 W. Martin Luther King Jr. Blvd., Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: December 27, 2021

STEPHEN V. WILSON
United States District Judge